

March 4, 2020

**Via ECF**
Hon. Elizabeth S. Stong
U.S. Bankruptcy Court, EDNY
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East - Suite 1595
Brooklyn, NY 11201-1800

    Re:    *Ajasa v Wells Fargo*
               *Adversary proceeding: 1-18-01122*

Dear Judge Stong:

    This will confirm that the parties have agreed, and the Court has consented to the adjournment of the pre-trial matter in this proceeding to 2:30 p.m. on March 13, 2020.

    Thank you for your attention to this matter.

                                                Respectfully submitted.

                                                George F. Carpinello

cc (via ECF)
Counsel of Record